464 A.2d 543

Commonwealth v. Pelzer, Appellant.

Submitted April 14, 1983. Gary Phillip Heslin, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, POPOVICH and HOFFMAN, JJ.

Order affirmed.

464 A.2d 543

Commonwealth v. Sullivan, Appellant.

Argued June 1, 1983. Donna DeVita, for appellant; Robert Borthwick, for participating party.

Before ROWLEY, WIEAND and BECK, JJ.

Order affirmed.